**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Sharon Simonson,

        Plaintiff,                    Civil 10-1268 (RHK/JJG)

vs.                          **DISQUALIFICATION AND**
                                  **ORDER FOR REASSIGNMENT**

Bristol Meyers Squibb Company, et al.,

        Defendants.


The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: April 13, 2010

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge